IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:07CR247
                             )
       v.                    )
                             )
GERMAN LOPEZ,                )        ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on the report and recommendation of the magistrate judge (Filing No. 27), recommending that defendant's motion to suppress (Filing No. 18) be denied.  The Court notes no objections have been filed.  The Court has reviewed the magistrate judge's report and recommendation and finds it should be approved and adopted.  Accordingly,

IT IS ORDERED:

1) The report and recommendation of the magistrate judge is approved and adopted;

2) Defendants' motion to suppress evidence is denied;

3) Trial is scheduled for:

**Monday, December 10, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The parties will have time to prepare for trial or pursue plea negotiations, and the ends of justice will be served by continuing this case and outweigh the

interests of the public and the defendant in a speedy trial. The additional time between October 22, 2007, and December 10, 2007, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 22nd day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court